IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JUAN CARLOS ORTIZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDWARD HALE BURNSIDE, *et al.*, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 5:12-CV-190(MTT) |

## ORDER

Before the Court is Magistrate Judge Charles H. Weigle's Recommendation (Doc. 10) on the Plaintiff's Motion for Preliminary Injunction (Doc. 2). The Magistrate Judge recommends denying the Plaintiff's Motion for Preliminary Injunction because, at this time, the facts have not been sufficiently developed to establish the elements necessary to grant the preliminary injunction. (Doc. 10 at 3). The Plaintiff has objected to the Recommendation. (Doc. 15).

Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Plaintiff's Objection and has made a de novo determination of the portions of the Recommendation to which Plaintiff objects. The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge in the Recommendation. (Doc. 10).

Accordingly, the Plaintiff's Motion for Preliminary Injunction is **DENIED**.

**SO ORDERED**, this 30th day of November, 2012.

          S/ Marc T. Treadwell
          MARC T. TREADWELL, JUDGE
          UNITED STATES DISTRICT COURT