IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JUAN CARLOS ORTIZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No: 5:12-CV-190-MTT-CHW |
| VS. | : | |
| | : | |
| DR. EDWARD HALE BURNSIDE, *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| Defendants. | : | Before the U. S. Magistrate Judge |

### RECOMMENDATION

Plaintiff Juan Carlos Ortiz filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Doc. 1. Because Plaintiff has failed to prosecute his complaint, it is hereby **RECOMMENDED** that the above-styled case be **DISMISSED**.

The record establishes that Plaintiff has not diligently prosecuted his complaint. On October 19, 2012, the Court issued an order providing instructions to the parties in the above-styled case. Doc. 10. In that order, the Court specifically advised Plaintiff that "he must diligently prosecute his complaint or face the possibility that it will be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute." Id. at 5.

On December 26, 2012, the Court ordered Plaintiff to respond to Defendants' Motion to Dismiss on or before January 16, 2013. Doc. 28. On January 9, 2013, the Court granted Plaintiff an extension of time to respond in a text-only order, which provided that Plaintiff "shall respond to the Motion to Dismiss no later than January 31, 2013." Plaintiff failed to respond to Defendants' Motion to Dismiss prior to the extended deadline.

Then, on February 21, 2013, the Court issued an order to show cause, directing Plaintiff to show cause as to why his case should not be dismissed for failure to prosecute on or before March

12, 2013. Doc. 33. To date, however, Plaintiff failed to respond to either Defendants' Motion to Dismiss (Doc. 26) or the Court's Order to Show Cause (Doc. 33). In addition, the record indicates that none of the documents mailed to Plaintiff have been returned to the Court as undeliverable.

Because Plaintiff has not diligently prosecuted his complaint, the Court must conclude that Plaintiff has abandoned his claims. Accordingly, **IT IS RECOMMENDED** that the above-styled case be **DISMISSED** for failure to prosecute. Consistent with this recommendation, **IT IS FURTHER RECOMMENDED** that Defendants' Motion to Dismiss (Doc. 26), be **DENIED** as moot. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this recommendation with the district judge to whom this case is assigned, **within fourteen (14) days** after being served with a copy thereof.

**SO RECOMMENDED**, this 26th day of March, 2013.

        s/ Charles H. Weigle_____
        Charles H. Weigle
        United States Magistrate Judge