# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| JUAN CARLOS ORTIZ, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-190(MTT) |
| DR. EDWARD BURNSIDE, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is Magistrate Judge Charles H. Weigle's Recommendation (Doc. 34) to dismiss the Plaintiff's case because he has failed to prosecute his complaint and to deny the Defendants' Motion to Dismiss (Doc. 26) as moot. Neither party has objected to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Plaintiff's complaint is **DISMISSED without prejudice** for failure to prosecute, and the Defendants' Motion to Dismiss is **DENIED** as moot.

**SO ORDERED**, this 19th day of April, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT